UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

THE TRUSTEES OF THE UNITE HERE NATIONAL
HEALTH FUND AND THE TRUSTEES OF THE
UNITED HERE NATIONAL RETIREMENT FUND,

               Plaintiff,

   - against -

KARSTADT REED CLEANERS, INC.,

               Defendant.

------------------------------------------X

07 Civ. 7219 (RWS)

O R D E R

Sweet, D.J.,

     Pursuant to advice of counsel that defendant Karstadt Reed Cleaners, Inc. has filed for bankruptcy, this action is hereby dismissed without prejudice with leave to reopen without penalty and without the payment of filing fees.

     It is so ordered.

New York, NY
October    22  2007

                            ROBERT W. SWEET
                             U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/23/07